Case 14-43134    Doc 1    Filed 12/02/14    Entered 12/02/14 11:19:12    Desc Main
Document      Page 1 of 1